Ham and Others *v.* Gregg.—In Error.

THE judgment in this case must be affirmed. The rule
laid down in *Dayton* v. *Hall* in 8 Blackf. 556, is,
that if the plaintiff makes out on the trial, in proof, a
*prima facie* claim to over fifty dollars, he will be entitled
to costs, although the effect of the defendant's evidence
may be to reduce his right of recovery, finally, below that
sum. As the evidence in this case is not upon the record,
and it appears that both parties gave evidence to the jury,
we cannot say the Court below erred in taxing costs.